## MERCED CO. v. HICKS and Others.

### No. 9599; June 3, 1885.

#### 7 Pac. 181.

**Judgment—Vacation When No Service of Summons.—**Where a judgment is vacated because the defendants had not been served with summons, nor had appeared in the action, a refusal to make an order that the respondents should answer the complaint is not error.

APPEAL from the Superior Court of the County of Merced.

Frank H. Farrar and Henry Edgerton for appellants; R. H. Ward for respondents.

By the COURT.—If, as we held in Merced Co. v. Hicks, 67 Cal. 108, 7 Pac. 179, the order vacating the judgment against the respondents was properly made on the ground that they had not been served with summons or appeared in the action, it necessarily follows that the refusal to make an order that said respondents should answer the complaint was not error.

Order affirmed.